# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISTY HALE**                                                                    **PLAINTIFF**

**V.**                      **No. 4:22-cv-00647-KGB-ERE**

**SOCIAL SECURITY ADMINISTRATION**                  **DEFENDANT**

## RECOMMENDED DISPOSITION

This Recommendation has been sent to United States District Judge Kristine G. Baker. You may file objections if you disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and include the factual or legal basis for the objection.

Objections must be filed within 14 days. If you do not object, you risk waiving the right to appeal questions of fact. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

### I.     Background

On October 24, 2022, the Court entered a scheduling order setting a deadline of December 5, 2022 for Plaintiff to file her brief. *Doc. 10*. On December 14, 2022, the Court entered an order advising Plaintiff that if she did not file a brief by December 28, 2022, dismissal would be recommended. *Doc. 11*. To date, Plaintiff has not filed a brief, and the deadline for doing so has passed.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. This case be dismissed for failure to prosecute.

2. The Clerk be instructed to close this case.

Dated this 6th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE