# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KRISTY HALE**                                                                                              **PLAINTIFF**

v.                              **Case No. 4:22-cv-00647-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

      Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 12).  Plaintiff Kristy Hale has not filed any objections to the Recommended Disposition, and the time to file objections has passed.  After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects.  Ms. Hale's complaint is dismissed with prejudice (Dkt. No. 1).  Judgment will be entered accordingly.

      It is so ordered this the 24th day of January, 2023.

                                                             Kristine G. Baker
                                                            United States District Judge