IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KRISTY HALE**                                                                                                    **PLAINTIFF**

v.                                       Case No. 4:22-cv-00647-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Kristy Hale's complaint is dismissed. The relief requested is denied.

So adjudged this the 24th day of January, 2023.

_____
Kristine G. Baker
United States District Judge